③

0A3-02-47

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE March 15, 2002 |
|---|---|
| NAME OF SERVER (PRINT) Mike Gremba | TITLE Investigator |

Check one box below to indicate appropriate method of service

United States District Court
Southern District of Texas
FILED

MAR 1 8 2002

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): personally served MR DAN AMIDON, General Counsel J&L Specialty Steel @ Address Lister

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-15-02
                    Date

Signature of Server: Mike Gremba

3038 Amy Dr S. Park PA 15129
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.