UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 8 2002

Michael N. Milby
Clerk of Court

MEXINOX USA, INC., and )
MEXINOX SA de CV, )
)
)
)
Plaintiff, )
)
)
v. ) CIVIL ACTION NO. B-02-047
)
)
J & L SPECIALTY STEEL, INC., )
)
)
Defendant. )
)

### CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Pursuant to Paragraph 2 of the Order of Conference, Plaintiffs MEXINOX USA, INC. and MEXINOX SA de CV state that, to their knowledge, the following persons and entities are or may be financially interested in this litigation:

1) MEXINOX USA, INC.
   400 S. Port Road
   P.O. Box 8637
   Brownsville, Texas 78526

2) MEXINOX SA de CV
   Av. Industrias No. 4100
   Zona Industrial 1a. Seccion
   78395 San Luis Potosi, SLP, Mexico

Effective April 1, 2002, the corporate name of MEXINOX SA de CV will be changed to "ThyssenKrupp Mexinox SA de CV." Corporate address information will remain unchanged.

Respectfully submitted,

*[signature]*

EDUARDO ROBERTO RODRIGUEZ
Federal I.D. No. 1944
Texas State Bar No. 17144000
ALISON D. KENNAMER
State Bar No. 11280400
Federal I.D. No. 12023
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
ATTORNEYS IN CHARGE

OF COUNSEL:
Raymond A. Kurz
DC Bar No. 358544
Celine Jimenez Crowson
DC Bar No. 436549A
Lewis E. Leibowitz
DC Bar No. 232280
HOGAN & HARTSON LLP
555 13th Street, N.W.
Washington D.C. 20004-1109
202/637-5600  Fax: 202/637-5910

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served upon all counsel of record, to-wit:

> Russell D. Orkin
> WEBB ZIESENHEIM LOGSDON ORKIN & HANSON, P.C.
> 700 Koppers Building
> 436 Seventh Avenue
> Pittsburgh, PA 15219-1818
>
> Raymond A. Kurz
> Celine Jimenez Crowson
> Lewis E. Leibowitz
> HOGAN & HARTSON LLP
> 555 13th Street, N.W.
> Washington D.C. 20004-1109

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 28th day of March, 2002.

_____
Alison D. Kennamer