United States District Court
Southern District of Texas
FILED

JUL 0 2 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| MEXINOX USA, INC., and <br> MEXINOX SA de CV, <br><br> Plaintiff, <br><br> v. <br> 02-047 <br><br> J & L SPECIALTY STEEL, INC., <br><br> Defendant. | CIVIL ACTION NO. B-02-047 |

## UNOPPOSED MOTION TO DISMISS PLAINTIFFS' CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs MEXINOX USA, INC. and MEXINOX SA de CV, and move the Court to dismiss all of Plaintiffs' claims herein and in support of this Motion show that all matters in controversy between the parties have been resolved.

WHEREFORE, Plaintiffs request this Court sign an Order dismissing all claims by any party herein with prejudice, with costs of court to be taxed against the party incurring same.

Respectfully submitted,

*[signature]*

EDUARDO ROBERTO RODRIGUEZ
Federal I.D. No. 1944
Texas State Bar No. 17144000
ALISON D. KENNAMER
State Bar No. 11280400
Federal I.D. No. 12023
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
ATTORNEYS IN CHARGE

OF COUNSEL:
Raymond A. Kurz
DC Bar No. 358544
Celine Jimenez Crowson
DC Bar No. 436549A
Lewis E. Leibowitz
DC Bar No. 232280
HOGAN & HARTSON LLP
555 13th Street, N.W.
Washington D.C. 20004-1109
202/637-5600  Fax: 202/637-5910

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Opposing has been contacted regarding the filing of this Motion and none are opposed to its filing.

*[signature]*
Alison D. Kennamer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MEXINOX USA, INC., and <br> MEXINOX SA de CV, <br><br> Plaintiff, <br><br> v. <br> 02-047 <br><br> J & L SPECIALTY STEEL, INC., <br><br> Defendant. | CIVIL ACTION NO. B- 02-047 |

## ORDER GRANTING MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

CAME ON BEFORE THE COURT Plaintiffs MEXINOX USA, INC. and MEXINOX SA de CV, who are all the parties in this case, by and through their attorneys of record, having informed the Court that Plaintiffs no longer wish to pursue their claims, and these parties pray that the claims be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED, that all claims asserted in this cause be dismissed with prejudice, all costs taxed against the party incurring same.

SIGNED this _____ day of _____, 2002.

_____
JUDGE PRESIDING