UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MEXINOX USA, INC., and MEXINOX SA de CV, <br><br> Plaintiff, <br><br> v. <br> 02-047 <br><br> J & L SPECIALTY STEEL, INC., <br><br> Defendant. | CIVIL ACTION NO. B-02-047 |

## ORDER GRANTING MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

CAME ON BEFORE THE COURT Plaintiffs MEXINOX USA, INC. and MEXINOX SA de CV, who are all the parties in this case, by and through their attorneys of record, having informed the Court that Plaintiffs no longer wish to pursue their claims, and these parties pray that the claims be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED, that all claims asserted in this cause be dismissed with prejudice, all costs taxed against the party incurring same.

SIGNED this 11 day of July, 2002.

_____
JUDGE PRESIDING

* Hearing set for 7/15/02 @ 2:15pm is cancelled/sc